# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Blake Van Leer, et al** | * | |
| **Plaintiff(s)** | | |
| | * | |
| **vs.** | | **Civil No.: MJG-02-2119** |
| | * | **MJG-02-2165** |
| **Mercantile Safe Deposit & Trust Company** | | **(Magistrate Judge Grimm)** |
| | * | |
| **Defendant(s)** | | |
| | ****** | |

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States District Court for the District of Maryland, this case is hereby referred to the Honorable Paul W. Grimm, United States Magistrate Judge for said District, for the following purpose(s):

[  ]    For all proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) by consent of the parties.

[X]    Settlement or other ADR conference. **(Continuing Negotiations)**

[  ]    Discovery disputes as follows:
    [  ]    All discovery and related scheduling matters.
    [  ]    Specifically, _____
    _____.

[  ]    Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).

[  ]    Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

[  ]    Reviewing a default judgment and/or making recommendations concerning damages.

[  ]    Other:_____
_____.

Date:___November 2, 2004_____        _____/S/_____
                                            Marvin J. Garbis
                                            United States District Judge