IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *

BLAKE R. VAN LEER, III          *

          Debtor                 *

*      *      *      *      *

FIRST MARINER BANK              *

          Appellant              *

          vs.                    *CIVIL ACTION NO. MJG-02-2119

BLAKE R. VAN LEER, II, et al.    *

          Appellee               *

*      *      *      *      *      *      *      *      *

ORDER REOPENING CASE

It appears necessary to reopen the case so as to resolve certain matters in connection with a potential settlement of the case.

Accordingly,

1.   This case is hereby REOPENED.

2.   If the case is not settled by December 15, 2004, Appellant shall arrange a telephone conference to be held by December 31, 2004 to discuss further proceedings herein.

SO ORDERED, on Tuesday, November 2, 2004.

                    / s /
                Marvin J. Garbis
          United States District Judge